**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| IN RE: Rebecca McInnis Haynie,<br>Debtor. | *   Chapter 13<br>*   Case No. |

**STATEMENT**

Comes Now Debtor, **Rebecca McInnis Haynie**, and shows that she has no pay advices to submit as her only source of income is VA Disability.

Dated: 4/17/2023

X_____
Debtor

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 01/28/23 |
| 2. Pay Date | | 02/09/23 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HAYNIE ANDREW H | GS  11  03 | 35.32 | 52.98 | 63273.00   10440.00   73713.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4534 | 16.50 | N | 08/25/10 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| KINETIC CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 3 | 0 | | | 0 | 0 | | FERS:  21096.64 | |
| GA | Y | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2825.60 | 8485.52 | TSP DATA | | 5% |
| TAXABLE WAGES | 2630.25 | 7680.79 | | | |
| NONTAXABLE WAGES | 54.07 | 391.05 | | | |
| TAX DEFERRED WAGES | 141.28 | 413.68 | | | |
| DEDUCTIONS | 1044.42 | 3288.09 | | | |
| AEIC | | | | | |
| NET PAY | 1781.18 | 5197.43 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2825.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 12.16 | 35.68 | FEHB | | | 228.75 |
| MEDICARE | | 40.19 | 117.37 | OASDI | | 171.84 | 501.86 |
| RETIRE, FERS | KF | 124.33 | 364.05 | TAX, FEDERAL | | 170.86 | 487.39 |
| TAX, STATE | GA | 132.23 | 384.63 | TSP LOANS | 128002G | 197.46 | 592.38 |
| TSP SAVINGS | | 141.28 | 413.68 | DENTAL | | 54.07 | 162.30 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 231.50 | 6.00 | 12.00 | | | | 243.50 | 157.50 |
| SICK | 259.00 | 4.00 | 8.00 | | 11.50 | | 255.50 | |
| TIME OFF AWD | 24.00 | | | | 24.00 | | | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.08 | 17.84 | FEHB | 0.00 | 574.13 |
| MEDICARE | 40.19 | 117.37 | OASDI | 171.84 | 501.86 |
| RETIRE, FERS | 469.05 | 1373.42 | TSP BASIC | 28.26 | 82.74 |
| TSP MATCHING | 113.02 | 330.94 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 02/11/23 |
| 2. Pay Date | 02/17/23 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HAYNIE ANDREW H | GS 11 03 | 35.32 | 52.98 | 63273.00    10440.00    73713.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4534 | 16.50 | N | 08/25/10 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| KINETIC CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 3 | 0 | | | 0 | 0 | | FERS:    21220.97 | |
| GA | Y | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2984.54 | 11470.06 | TSP DATA | | 5% |
| TAXABLE WAGES | 2789.19 | 10469.98 | | | |
| NONTAXABLE WAGES | 54.07 | 445.12 | | | |
| TAX DEFERRED WAGES | 141.28 | 554.96 | | | |
| DEDUCTIONS | 1084.78 | 4372.87 | | | |
| AEIC | | | | | |
| NET PAY | 1899.76 | 7097.19 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2825.60 | OVERTIME | 3.00 | 158.94 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 12.16 | 47.84 | FEHB | | | 228.75 |
| MEDICARE | | 42.49 | 159.86 | OASDI | | 181.69 | 683.55 |
| RETIRE, FERS | KF | 124.33 | 488.38 | TAX, FEDERAL | | 189.93 | 677.32 |
| TAX, STATE | GA | 141.37 | 526.00 | TSP LOANS | 128002G | 197.46 | 789.84 |
| TSP SAVINGS | | 141.28 | 554.96 | DENTAL | | 54.07 | 216.37 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 231.50 | 6.00 | 18.00 | | | | 249.50 | 157.50 |
| SICK | 259.00 | 4.00 | 12.00 | | | | 259.50 | |
| TIME OFF AWD | 24.00 | | | | 11.50 | | | |
| HOLIDAY | | | | | 24.00 | | | |
| | | | | | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.08 | 23.92 | FEHB | 0.00 | 574.13 |
| MEDICARE | 42.49 | 159.86 | OASDI | 181.69 | 683.55 |
| RETIRE, FERS | 469.05 | 1842.47 | TSP BASIC | 28.26 | 111.00 |
| TSP MATCHING | 113.02 | 443.96 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 02/25/23 |
| 2. Pay Date | 03/03/23 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HAYNIE ANDREW H | GS  11  03 | 35.32 | 52.98 | 63273.00    10440.00    73713.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4534 | 16.50 | N | 08/25/10 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| KINETIC CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 3 | 0 | | | 0 | 0 | | FERS:    21345.30 | |
| GA | Y | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2825.60 | 14295.66 | TSP DATA | | 5% |
| TAXABLE WAGES | 2630.25 | 13100.23 | | | |
| NONTAXABLE WAGES | 54.07 | 499.19 | | | |
| TAX DEFERRED WAGES | 141.28 | 696.24 | | | |
| DEDUCTIONS | 1044.41 | 5417.28 | | | |
| AEIC | | | | | |
| NET PAY | 1781.19 | 8878.38 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2825.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 12.16 | 60.00 | FEHB | | | 228.75 |
| MEDICARE | | 40.19 | 200.05 | OASDI | | 171.83 | 855.38 |
| RETIRE, FERS | KF | 124.33 | 612.71 | TAX, FEDERAL | | 170.86 | 848.18 |
| TAX, STATE | GA | 132.23 | 658.23 | TSP LOANS | 128002G | 197.46 | 987.30 |
| TSP SAVINGS | | 141.28 | 696.24 | DENTAL | | 54.07 | 270.44 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 231.50 | 6.00 | 24.00 | 8.00 | 8.00 | | 247.50 | 149.50 |
| SICK | 259.00 | 4.00 | 16.00 | | 11.50 | | 263.50 | |
| TIME OFF AWD | 24.00 | | | | 24.00 | | | |
| HOLIDAY | | | | 8.00 | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.08 | 30.00 | FEHB | 0.00 | 574.13 |
| MEDICARE | 40.19 | 200.05 | OASDI | 171.83 | 855.38 |
| RETIRE, FERS | 469.05 | 2311.52 | TSP BASIC | 28.26 | 139.26 |
| TSP MATCHING | 113.02 | 556.98 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 03/11/23 |
| 2. Pay Date | 03/17/23 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HAYNIE ANDREW H | GS  11  03 | 35.32 | 52.98 | 63273.00      10440.00      73713.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4534 | 16.50 | N | 08/25/10 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| KINETIC CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 3 | 0 | | | 0 | 0 | | FERS:      21469.63 | |
| GA | Y | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2825.60 | 17121.26 | TSP DATA | | 5% |
| TAXABLE WAGES | 2630.25 | 15730.48 | | | |
| NONTAXABLE WAGES | 54.07 | 553.26 | | | |
| TAX DEFERRED WAGES | 141.28 | 837.52 | | | |
| DEDUCTIONS | 1044.42 | 6461.70 | | | |
| AEIC | | | | | |
| NET PAY | 1781.18 | 10659.56 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2825.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 12.16 | 72.16 | FEHB | | | 228.75 |
| MEDICARE | | 40.19 | 240.24 | OASDI | | 171.84 | 1027.22 |
| RETIRE, FERS | KF | 124.33 | 737.04 | TAX, FEDERAL | | 170.86 | 1019.04 |
| TAX, STATE | GA | 132.23 | 790.46 | TSP LOANS | 128002G | 197.46 | 1184.76 |
| TSP SAVINGS | | 141.28 | 837.52 | DENTAL | | 54.07 | 324.51 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 231.50 | 6.00 | 30.00 | | 8.00 | | 253.50 | 149.50 |
| SICK | 259.00 | 4.00 | 20.00 | | 11.50 | | 267.50 | |
| TIME OFF AWD | 24.00 | | | | 24.00 | | | |
| HOLIDAY | | | | | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.08 | 36.08 | FEHB | 0.00 | 574.13 |
| MEDICARE | 40.19 | 240.24 | OASDI | 171.84 | 1027.22 |
| RETIRE, FERS | 469.05 | 2780.57 | TSP BASIC | 28.26 | 167.52 |
| TSP MATCHING | 113.02 | 670.00 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
A NEW LAW EXPANDS VA HEALTH CARE AND BENEFITS FOR VETERANS EXPOSED TO BURN PITS,
AGENT ORANGE, AND OTHER TOXIC SUBSTANCES. LEARN MORE ABOUT THE PACT ACT AT:
HTTPS://WWW.VA.GOV/RESOURCES/THE-PACT-ACT-AND-YOUR-VA-BENEFITS/
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HAYNIE ANDREW H | GS  11  03 | 35.32 | 52.98 | 63273.00    10440.00    73713.00 |

| 1. Pay Period End | 03/25/23 |
|---|---|
| 2. Pay Date | 03/31/23 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4534 | 16.50 | N | 08/25/10 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| KINETIC CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 3 | 0 | | | 0 | 0 | | FERS:   21593.96 | |
| GA | Y | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 3302.42 | 20423.68 | TSP DATA | 5% |
| TAXABLE WAGES | 3107.07 | 18837.55 | | |
| NONTAXABLE WAGES | 54.07 | 607.33 | | |
| TAX DEFERRED WAGES | 141.28 | 978.80 | | |
| DEDUCTIONS | 1165.52 | 7627.22 | | |
| AEIC | | | | |
| NET PAY | 2136.90 | 12796.46 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2825.60 | OVERTIME | 9.00 | 476.82 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 12.16 | 84.32 | FEHB | | | 228.75 |
| MEDICARE | | 47.10 | 287.34 | OASDI | | 201.39 | 1228.61 |
| RETIRE, FERS | KF | 124.33 | 861.37 | TAX, FEDERAL | | 228.08 | 1247.12 |
| TAX, STATE | GA | 159.65 | 950.11 | TSP LOANS | 128002G | 197.46 | 1382.22 |
| TSP SAVINGS | | 141.28 | 978.80 | DENTAL | | 54.07 | 378.58 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 231.50 | 6.00 | 36.00 | | 8.00 | | 259.50 | 149.50 |
| SICK | 259.00 | 4.00 | 24.00 | 3.00 | 14.50 | | 268.50 | |
| TIME OFF AWD | 24.00 | | | | 24.00 | | | |
| HOLIDAY | | | | | 24.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.08 | 42.16 | FEHB | 0.00 | 574.13 |
| MEDICARE | 47.10 | 287.34 | OASDI | 201.39 | 1228.61 |
| RETIRE, FERS | 469.05 | 3249.62 | TSP BASIC | 28.26 | 195.78 |
| TSP MATCHING | 113.02 | 783.02 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
IT IS YOUR DUTY TO COMPLY WITH FEDERAL TAX LAWS. CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
THINGS CHANGE! VERIFY YOUR DISABILITY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
A NEW LAW EXPANDS VA HEALTH CARE AND BENEFITS FOR VETERANS EXPOSED TO BURN PITS,
AGENT ORANGE, AND OTHER TOXIC SUBSTANCES. LEARN MORE ABOUT THE PACT ACT AT:
HTTPS://WWW.VA.GOV/RESOURCES/THE-PACT-ACT-AND-YOUR-VA-BENEFITS/
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 04/08/23 |
| --- | --- |
| 2. Pay Date | 04/14/23 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| HAYNIE ANDREW H | GS  11  03 | 35.32 | 52.98 | 63273.00   10440.00   73713.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-4534 | 16.50 | N | 08/25/10 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| KINETIC CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | M | 3 | 0 | | | 0 | 0 | | FERS:  21718.29 | |
| GA | Y | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
| --- | --- | --- | --- | --- | --- |
| GROSS PAY | 3011.03 | 23434.71 | TSP DATA | | 5% |
| TAXABLE WAGES | 2815.68 | 21653.23 | | | |
| NONTAXABLE WAGES | 54.07 | 661.40 | | | |
| TAX DEFERRED WAGES | 141.28 | 1120.08 | | | |
| DEDUCTIONS | 1091.52 | 8718.74 | | | |
| AEIC | | | | | |
| NET PAY | 1919.51 | 14715.97 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2825.60 | OVERTIME | 3.50 | 185.43 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | C0 | 12.16 | 96.48 | FEHB | | | 228.75 |
| MEDICARE | | 42.87 | 330.21 | OASDI | | 183.34 | 1411.95 |
| RETIRE, FERS | KF | 124.33 | 985.70 | TAX, FEDERAL | | 193.11 | 1440.23 |
| TAX, STATE | GA | 142.90 | 1093.01 | TSP LOANS | 128002G | 197.46 | 1579.68 |
| TSP SAVINGS | | 141.28 | 1120.08 | DENTAL | | 54.07 | 432.65 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 231.50 | 6.00 | 42.00 | 8.00 | 16.00 | | 257.50 | 141.50 |
| SICK | 259.00 | 4.00 | 28.00 | 24.00 | 38.50 | | 248.50 | |
| TIME OFF AWD | 24.00 | | | | 24.00 | | | |
| HOLIDAY | | | | | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 6.08 | 48.24 | FEHB | 0.00 | 574.13 |
| MEDICARE | 42.87 | 330.21 | OASDI | 183.34 | 1411.95 |
| RETIRE, FERS | 469.05 | 3718.67 | TSP BASIC | 28.26 | 224.04 |
| TSP MATCHING | 113.02 | 896.04 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
A NEW LAW EXPANDS VA HEALTH CARE AND BENEFITS FOR VETERANS EXPOSED TO BURN PITS,
AGENT ORANGE, AND OTHER TOXIC SUBSTANCES. LEARN MORE ABOUT THE PACT ACT AT:
HTTPS://WWW.VA.GOV/RESOURCES/THE-PACT-ACT-AND-YOUR-VA-BENEFITS/
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**